IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES KING,  :
    Petitioner  :  Civil No. 3:15-cv-2483
                                   :
v.                                :  (Judge Nealon)
                                   :  (Magistrate Judge Mehachick)
WARDEN DAVID EBBERT,  :
    Respondent  :

**ORDER**

**NOW, THIS 16TH DAY OF DECEMBER, 2016,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's objections, (Doc. 14), to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, (Doc. 13), is **ADOPTED**;

3. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is directed to **CLOSE** this matter.

                                              /s/ William J. Nealon
                                              **United States District Judge**

FILED
SCRANTON
DEC 1 6 2016

PER _____
    DEPUTY CLERK